

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-29,898-04

**EX PARTE JAY ANTHONY NOTTINGHAM, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W-17578-B-2 IN THE 181ST DISTRICT COURT
### FROM RANDALL COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of robbery and sentenced to fifty-five years' imprisonment. The Seventh Court of Appeals affirmed his conviction. *Nottingham v. State*, No. 07-08-00131-CR (Tex. App.—Amarillo Jan. 30, 2009) (not designated for publication).

Applicant contends that he was denied pre-sentence credit and credit for time in custody prior to the revocation of his parole. He also raises multiple grounds relating to the revocation of his parole. We remanded this application to determine whether Applicant was receiving the proper credit

for time in custody prior to the revocation of his parole. On remand, the record was developed, and the trial court found that Applicant was receiving the proper credit for time in custody prior to the revocation of his parole. Applicant's claim relating to pre-sentence credit is dismissed. *See Ex parte Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010); *Ex parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004). His remaining claims are denied. Accordingly, this application is dismissed in part and denied in part.

Filed: March 27, 2019

Do not publish